## STOKES v. HYDE.

(Supreme Court, Appellate Division, First· Department. December 31, 1897.)

.SECOND APPEAL—LAW OF THE CASE.

> Where a judgment is reversed by the appellate division of the Second department, and on a new trial the facts are substantially the same as on the first trial, the decision of such division is the law of the case on appeal to the appellate division, First department.

Appeal from special term, New York county.

Action by William E. D. Stokes against Frederick E. Hyde for specific performance. From a judgment dismissing his complaint, ·plaintiff appeals. Affirmed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, O'BRIEN, and INGRAHAM, JJ.

Clarence L. Westcott, for appellant.
Edward D. Cowman, for respondent.

PER CURIAM.   Upon the first trial·of this action specific per-
formance was decreed, the court holding that the title tendered by
the plaintiff was marketable.   The defendant appealed to this appel-
late division, and that appeal was transferred to the appellate division
in the Second department.   That appellate division reversed the
judgment, and ordered a new trial, holding that plaintiff's title was
not marketable.   The opinion was unanimous, and it will be found
reported in 14 App. Div. 530, 44 N. Y. Supp. 132.   Upon the new
trial thus awarded the plaintiff's complaint was dismissed.   The
facts were substantially the same as upon the first trial.   The deci-
sion of the appellate division in the Second department is, under the
circumstances, the law of the case in this court.

The judgment should therefore be affirmed, with costs.